THEODORE W. MYERS, as Surviving Partner of the Firm of THEODORE W. MYERS & SON, Respondent, *v.* REUBEN L. PRITCHARD, Appellant.

*Myers* v. *Pritchard*, 87 App. Div. 632, affirmed.
(Argued March 6, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William C. Beecher* for appellant.

*Benjamin N. Cardozo* and *A. J. Simpson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER WARD, Appellant.

*People* v. *Ward*, 88 App. Div. 621, affirmed.
(Submitted March 6, 1905; decided April 11, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1903, which affirmed a judgment of the Monroe County Court rendered upon a verdict convicting the defendant of a misdemeanor.

*Alexander Otis* for appellant.

*Stephen J. Warren, District Attorney* (*Howard H. Widener* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.